No. 81–122. VALLEY NEWS *v.* MCCUSKER. Sup. Ct. N. H. Motion of American Newspaper Publishers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 81–201. GENERAL MOTORS CORP. *v.* GORSUCH, ADMINISTRATOR, UNITED STATES ENIVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–383. MCCORMICK *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.